IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION


RALPH ALVARADO                          §

v.                                      §          CIVIL ACTION NO. 5:09cv184

GLARES GOVER, ET AL.                    §


MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT


The Plaintiff Ralph Alvarado, proceeding *pro se*, filed this civil rights lawsuit under 42

U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that

the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3)

and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United

States Magistrate Judges.

Alvarado has a lengthy history of filing frivolous lawsuits. After review of the pleadings, the

Magistrate Judge issued a Report recommending that Alvarado be denied *in forma pauperis* status

and that his lawsuit be dismissed under 28 U.S.C. §1915(g). Alvarado received a copy of this Report

on August 16, 2010, but filed no objections thereto; accordingly, he is barred from *de novo* review

by the district judge of those findings, conclusions, and recommendations and, except upon grounds

of plain error, from appellate review of the unobjected-to factual findings and legal conclusions

accepted and adopted by the district court. Douglass v. United Services Automobile Association,

79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has carefully reviewed the pleadings and documents in this case, as well as the

Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the

Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court.  It is further

ORDERED that the Plaintiff's motion for leave to proceed *in forma pauperis* (docket no. 3) is hereby DENIED.  It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED with prejudice as to the refiling of another *in forma pauperis* lawsuit raising the same claims as herein presented, but without prejudice to the refiling of this lawsuit without seeking *in forma pauperis* status and upon payment of the statutory $350.00 filing fee.  It is further

ORDERED that should the Plaintiff pay the full filing fee within 15 days after the date of entry of final judgment in this case, he shall be allowed to proceed in the lawsuit as through the full fee had been paid from the outset.  Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED this 27th day of September, 2010.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE